# DISTRICT COURT OF APPEAL OF THE STATE OF FLORIDA
## FOURTH DISTRICT

**MARIO QUINTERO,**
Appellant,

v.

**STATE OF FLORIDA,**
Appellee.

No. 4D19-2614

[February 6, 2020]

Appeal of order denying rule 3.850 motion from the Circuit Court for the Nineteenth Judicial Circuit, Martin County; Sherwood Bauer, Judge; L.T. Case No. 432004CF001674B.

Mario Quintero, South Bay, pro se.

No appearance for appellee.

PER CURIAM.

*Affirmed.*

LEVINE, C.J., WARNER and GROSS, JJ., concur.

\*　　　\*　　　\*

***Not final until disposition of timely filed motion for rehearing.***